IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ANGELITA KERCADO-CLYMER,
       Plaintiff,

-v.-                              6:07-CV-00086(CBK)

CITY OF AMSTERDAM,
THOMAS V.N. BROWNELL,
       Defendants.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Office of James B. Tuttle<br>10 Century Hill Drive, Suite 4<br>Latham, NY 12110 | James B. Tuttle, Esq. |
| **FOR DEFENDANT CITY OF AMSTERDAM:** | |
| Lemire, Johnson Law Firm<br>P.O. Box 2485<br>2534 Route 9<br>Malta, NY 12020 | Gregg T. Johnson, Esq. |
| **FOR DEFENDANT THOMAS V.N. BROWNELL** | |
| Pennock, Breedlove Law Firm<br>1407 Route 9, Nine North<br>Building 4, 2nd Floor<br>Clifton Park, NY 12065 | John H. Pennock, Esq.<br>Carrie McLoughlin Noll, Esq. |

CHARLES B. KORNMANN,
SENIOR U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

The parties have entered into an agreement in settlement of all claims in

this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within 90 DAYS from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated:   January 28, 2011
         Albany, New York

*Charles B. Kornmann*
Hon. Charles B. Kornmann,
Senior United States District Judge